**Gloria Laura Morgan VANDERBILT, Petitioner, v. Guy T. HELVERING, Respondent.**

**No. 58.**

Circuit Court of Appeals, Second Circuit.

Dec. 11, 1939.

F. Sims McGrath, of New York City, for petitioner.

Morton K. Rothschild, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Van Wart v. Commissioner of Internal Revenue, 295 U.S. 112, 55 S.Ct. 660, 79 L.Ed. 1336.

**VIGORETTI v. HILL.**

**No. 6583.**

Circuit Court of Appeals, Third Circuit.

June 24, 1938.

Francis D. Saitta, of Brooklyn, N. Y., for relator-appellant.

Herman F. Reich, Asst. U. S. Atty., of Sunbury, Pa., for appellee.

Before DAVIS and BIGGS, Circuit Judges, and WATSON, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of record from the District Court of the United States for the Middle District of Pennsylvania, and was argued by counsel. On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause, 18 F.Supp. 337, be, and the same is hereby affirmed.

**The WARNER COLLIERIES COMPANY OF DELAWARE, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 8056.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1939.

Campbell, Wick, Houck & Thomas, of Pittsburgh, Pa., and Charles M. Trammell and Donald C. McGovern, both of Washington D. C., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and F. E. Youngman, all of Washington D. C. for respondent.

Before SIMONS, ALLEN, ARANT, Circuit Judges.

PER CURIAM.

It appearing that the decision of the Board of Tax Appeals now sought to be reviewed is one upon a disputed issue of fact and that the finding of the Board is sustained by substantial evidence; and

It further appearing that there is no other issue now open to review since the taxpayer acquiesced in a former opinion of the Board without taking a cross-appeal therefrom; now, therefore:

It is hereby ordered that the decision of the Board be and it is hereby affirmed for the reasons stated in the memorandum opinion of the Board.